Matter of Roesch v Office of The Exec. Director (2026 NY Slip Op 00816)

Matter of Roesch v Office of The Exec. Director

2026 NY Slip Op 00816

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, AND NOWAK, JJ. (Filed Feb. 11, 2026.) 

MOTION NO. (770/25) CA 24-00420.

[*1]IN THE MATTER OF JOSEPH ROESCH, PETITIONER-APPELLANT, 
vOFFICE OF THE EXECUTIVE DIRECTOR, ACTING EXECUTIVE DIRECTOR OF STARC-OAKVIEW, NEW YORK STATE OFFICE OF MENTAL HEALTH AND OFFICE OF COMMISSIONER FOR OFFICE OF MENTAL HEALTH, RESPONDENTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument denied.